# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3755
LT Case No. 05-2022-CF-026289-A

———————————————

SANTIAGO JULIO ABREU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Patrick J. Landy, Jr., of Michael Cook & Patrick Landy, PLLC,
West Melbourne, for Appellant.

No Appearance for Appellee.

February 3, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____